UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME MECHANICAL SERVICE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>W.E. LYONS CONSTRUCTION, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-07303-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 139 |

On October 20, 2023, the Court Ordered the parties to file their trial exhibits by November 20, 2023. (Dkt. No. 128.) When the parties failed to comply with this Order, the Court issued a Second Order, requiring the parties to file their trial exhibits by no later than February 23, 2024. The Court admonished the parties that they would be sanctioned if they failed to comply with this new deadline. (Dkt. No. 139.)

On February 23, 2024, instead of filing the exhibits, the parties filed a stipulation purporting to extend the deadline to file their trial exhibits to ten days of entry of Judgment. (Dkt. No. 140.) Judgment was entered on February 26, 2024. (Dkt. No. 142.) Thus, even if the Court were to accept the parties' stipulation, their deadline to file their trial exhibits would have been no later than March 7, 2024. However, to date, the parties have not yet filed their trial exhibits.

Therefore, the Court HEREBY ORDERS the parties to show cause why they should not be sanctioned in the amount of $500 each, payable by their counsel personally. The parties shall respond to this OSC in writing by no later than April 16, 2024. Additionally, the parties shall file

/ / /

/ / /

/ / /

their trial exhibits by no later than April 22, 2024.  Failure to comply with this deadline will result in further sanctions in the amount of $1,000 per party, payable by counsel personally.

**IT IS SO ORDERED**.

Dated: April 15, 2024

_____
SALLIE KIM
United States Magistrate Judge